**SHA-1 Hash:** 53E528A40B95DC17E0010C70189F57A2C9B28252  **Title:** Gang Bang Virgins
**Rights Owner:** K-Beech

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 108.85.81.179 | 8/31/2011 13:32 | Farmington | MI | SBC Internet Services | BitTorrent |
| 2 | 70.239.155.14 | 8/5/2011 23:47 | Troy | MI | SBC Internet Services | BitTorrent |
| 3 | 76.226.101.66 | 7/26/2011 10:15 | Livonia | MI | SBC Internet Services | BitTorrent |
| 4 | 76.226.114.222 | 7/24/2011 6:52 | Royal Oak | MI | SBC Internet Services | BitTorrent |
| 5 | 76.226.72.11 | 7/25/2011 1:05 | Southfield | MI | SBC Internet Services | BitTorrent |
| 6 | 76.226.75.182 | 8/28/2011 8:03 | Southfield | MI | SBC Internet Services | BitTorrent |
| 7 | 76.255.215.183 | 7/19/2011 4:13 | Canton | MI | SBC Internet Services | BitTorrent |
| 8 | 99.18.28.182 | 9/25/2011 14:00 | Troy | MI | SBC Internet Services | BitTorrent |
| 9 | 99.184.245.15 | 8/21/2011 0:10 | Livonia | MI | SBC Internet Services | BitTorrent |
| 10 | 99.40.252.113 | 7/22/2011 22:22 | Troy | MI | SBC Internet Services | BitTorrent |
| 11 | 99.48.83.234 | 8/12/2011 5:52 | Highland Park | MI | SBC Internet Services | BitTorrent |
| 12 | 68.41.212.231 | 8/6/2011 17:55 | Roseville | MI | Comcast Cable | BitTorrent |
| 13 | 69.245.64.124 | 9/22/2011 1:37 | Clarkston | MI | Comcast Cable | BitTorrent |
| 14 | 71.238.155.127 | 8/28/2011 23:41 | Roseville | MI | Comcast Cable | BitTorrent |
| 15 | 76.112.207.11 | 10/11/2011 22:29 | Royal Oak | MI | Comcast Cable | BitTorrent |
| 16 | 98.209.113.25 | 7/30/2011 3:46 | Detroit | MI | Comcast Cable | BitTorrent |
| 17 | 24.236.134.169 | 8/5/2011 3:39 | Lapeer | MI | Charter Communications | BitTorrent |
| 18 | 68.188.190.80 | 8/23/2011 18:28 | Fenton | MI | Charter Communications | BitTorrent |

EXHIBIT A

EMI6