*-APPLICATION-*

## Title

**Title of Work:** Gang Bang Virgins

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 6, 2010    **Nation of 1st Publication:** United States

## Author

**Author:** K-Beech, Inc., dba Baby Doll Pictures

**Author Created:** editing/editor, production/producer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** K-Beech, Inc., dba Baby Doll Pictures
9601 Mason Ave., Unit B, Chatsworth, CA, 91311, United States

## Rights and Permissions

**Organization Name:** K-Beech, Inc.

**Name:** Jeff Snyder

**Email:** jeffs@kbeech.com

**Address:** 9601 Mason Ave., Unit B
Chatsworth, CA 91311 United States

## Certification

**Name:** Jeff Snyder

**Date:** April 22, 2011

**EXHIBIT B**

**Registration #:**
**Service Request #:** 1-599790249
**Priority:** Routine          **Application Date:** April 22, 2011 12:35:45 PM

## Correspondent

**Organization Name:** K-Beech, Inc.
**Name:** Jeff Snyder
**Email:** jeffs@kbeech.com
**Address:** 9601 Mason Ave., Unit B
Chatsworth, CA 91311 United States

## Mail Certificate

K-Beech, Inc.
Jeff Snyder
9601 Mason Ave.
Unit B
Chatsworth, CA 91311 United States