UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

K–Beech, Inc.,

                        Plaintiff(s),

v.                                              Case No. 2:11–cv–15226–AC–LJM
                                               Hon. Avern Cohn
John Does 1–18,                        Magistrate Judge Laurie J. Michelson

                        Defendant(s).
_____

## NOTICE OF FILING FEE NOT PAID

    Take notice that a new case has been filed that requires a filing fee and the filing fee has not been paid.*

    If the filing fee is not received by the Clerk's Office within seven calendar days of this notice, or if an application to proceed *in forma pauperis* is not electronically filed within seven calendar days of this notice, this case may be dismissed.

                                                    s/ K Krawczyk_____
                                                    Deputy Clerk

## Certification

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                    s/ K Krawczyk_____
                                                  Deputy Clerk

Dated:   November 29, 2011

* Note: The filing fee for this case can no longer be paid online using CM/ECF. Payment must be hand–delivered or mailed to the United States District Court, Eastern District of Michigan Clerk's Office, 231 W. Lafayette Boulevard, Detroit, MI 48226.