UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

K-BEECH, INC.,

    Plaintiff,                                Civil Action File No. 2:11-cv-15226
                                           Hon. Avern Cohn

vs.                                             Magistrate Judge Laurie Michelson

JOHN DOES 1-18,

    Defendants.

---

## **APPEARANCE**

    **LAMBERT & LAMBERT PLC** hereby enters its Appearance in the above-entitled case as counsel for Defendant John Doe 1.

                                               Respectfully Submitted,

Dated: March 14, 2012                /s/ Daniel B. Lambert
                                           Daniel B. Lambert (P67480)
                                           LAMBERT & LAMBERT PLC
                                           36330 Woodward Ave., Suite 300
                                           Bloomfield Hills, MI  48304
                                           (248) 642-7774/Fax: (248) 642-3103
                                           Dan@rblambertplc.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

K-BEECH, INC.,

       Plaintiff,                            Civil Action File No. 2:11-cv-15226
                                                           Hon. Avern Cohn

vs.                                                           Magistrate Judge Laurie Michelson

JOHN DOES 1-18,

       Defendants.

---

## CERTIFICATE OF SERVICE

The undersigned certifies that the **Appearance by Lambert & Lambert PLC** and this **Certificate of Service** was served upon

John S. Hone (P36253)
Attorney for Plaintiff
The Hone Law Firm, P.C.
28411 Northwestern Hwy., Ste. 960
Southfield, Michigan 48034

who is counsel of record via the Court's ECF System to his respective email address on March 14, 2012.

Dated: March 14, 2012                        /s/ Daniel B. Lambert
                                                     Daniel B. Lambert (P67480)
                                                     LAMBERT & LAMBERT PLC
                                                     36330 Woodward Ave., Suite 300
                                                     Bloomfield Hills, MI 48304
                                                     (248) 642-7774/Fax: (248) 642-3103
                                                     Dan@rblambertplc.com