

**All Court Types Party Search**
Tue Mar 13 16:07:55 2012
3 records found

| | |
|---|---|
| **User:** | bl1299 |
| **Client:** | |
| **Search:** | All Court Types Party Search Name K-Beech Virginia Page: 1 |

## Civil Results

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 K-Beech, Inc. (pla) | vaedce | 3:2011-cv-00468 | 820 | 07/22/2011 | 02/15/2012 |
| 2 K-Beech, Inc. (pla) | vaedce | 3:2011-cv-00469 | 820 | 07/21/2011 | 02/21/2012 |
| 3 K-Beech, Inc. (pla) | vaedce | 3:2011-cv-00549 | 820 | 08/22/2011 | 01/24/2012 |

| | | |
|---|---|---|
| | | **Receipt** 03/13/2012 16:07:55 13604116 |
| **User** | bl1299 | |
| **Client** | | |
| **Description** | All Court Types Party Search Name K-Beech Virginia Page: 1 | |
| **Pages** | 1 ($0.08) | |