UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

K−Beech, Inc.,

                Plaintiff(s),

v.                                        Case No. 2:11−cv−15226−AC−LJM
                                            Hon. Avern Cohn

John Does 1−18, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 225. The following motion(s) are ***rescheduled*** for hearing:

      Motion to Sever − #8

- MOTION HEARING: March 30, 2012 at 02:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/J. Owens
                                    Case Manager

Dated: March 14, 2012