UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K-BEECH, INC.,

      Plaintiff(s),           CASE NO. 11-15226

v.

                             HONORABLE AVERN COHN

JOHN DOES 1-18,

      Defendant(s).
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DOE DEFENDANTS

THIS CAUSE having come before the Court upon Plaintiff's Motion for Extension of Time Within Which It Has to Effectuate Serve on Doe Defendants Period for Service of Summons and Complaint on Doe Defendants ("Motion"), and the Court having reviewed said motion, and being otherwise duly advised in the premises, does hereby: ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have up to and including June 27, 2012 to effectuate service of the summons and Complaint upon each Doe Defendant.

      SO ORDERED.


Dated: March 29, 2012           s/Avern Cohn
                                   AVERN COHN
                                   UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2012, by electronic and/or ordinary mail.

                                   s/Julie Owens
                                   Case Manager, (313) 234-5160