# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at www.copyright.gov, write to the Copyright Office, or call (202) 707-3000.

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation  M ____ D ____ Y ____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document: Combat Zone, Inc.
(IMPORTANT: Please read instruction for this and other spaces.)

**2** First title given in the document: Grand Slam

**3** Total number of titles in the document: One

**4** Amount of fee calculated: $105.00

**5** Fee enclosed: ☑ Check  ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Completeness of document: ☑ Document is complete by its own terms   ☐ Document is not complete. Record "as is."

**IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document: Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
**NOTE:** *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____[signature]_____   Date 4/3/2012

Duly authorized agent of K-Beech, Inc.

**8** Return to:
Name: Emilie Kennedy, Esq.
Number/street: 2 S. Biscayne Blvd.   Apt/suite: 3800
City: Miami   State: FL   Zip: 33131
Phone number: 786-431-2228   Fax number: 786-431-2229
Email: ekennedy@lebfirm.com

SEND TO: Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of Copyrights*; and (3) your do

FORM DCS   REV: 09/2007   PRINT: C                    U.S. Government Printing Office: 2007-330-945/60,···

# EXHIBIT D

## COPYRIGHT ASSIGNMENT

This Copyright Assignment is entered into by and between Combat Zone, Inc. ("Assignor") and K-Beech, Inc. ("Assignee"). Now therefore, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Assignor hereby sells, assigns, transfers, conveys, and delivers to the Assignee all of Assignor's right, title, and interest in and to the copyrights for the motion picture entitled "Grand Slam" (the "Work") including all registrations and applications covering the Work. Without limiting the generality the foregoing, Assignor acknowledges this assignment conveys all rights in and to United States Copyright Office Registration Number PA0001332187, which was registered on June 14, 2006.

By: _Dion Giarrusso_
COMBAT ZONE, INC.
Assignor

By: _[signature]_
K-BEECH, INC.
Assignee