Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
Gang Bang Virgins

Registration Number of the Basic Registration ▼
PA 0001757963

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
K-Beech, Inc. d.b.a. Baby Doll Pictures

Name(s) of Copyright Claimant(s) ▼
K-Beech, Inc. d.b.a. Baby Doll Pictures

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____  Line Heading or Description _____

Incorrect Information as It Appears in Basic Registration ▼


Corrected Information ▼


Explanation of Correction ▼


**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number 5, 6(a), 6(b)    Line Heading or Description  Previous Registration, Derivative Work or Compilation

Amplified Information and Explanation of Information ▼
Line 5:

Previous Registration: Yes

5(c): this is a changed version of the work.

Previous Registration Number: PA0001332187 Year: 2006

Line 6:

Preexisting Material: Preexisting footage, Script/Screenplay, Preexisting music

Material Added to This Work: Editing, Production, Photographs

Explanation: K-Beech, Inc. mistakenly omitted, when filing its basic registration, that the work was based on a preexisting registered movie and is now clarifying that the work is a derivative based on K-Beech's editing and production.

MORE ON BACK ▶

DO NOT WRITE HERE
Page 1 of _____ pages

**EXHIBIT E**

| | |
|---|---|
| FORM CA RECEIVED | FORM CA |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☐ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Continuation of:** ☐ Part B *or* ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.
Emilie Kennedy, Esq., Lipscomb, Eisenberg & Baker, PL
2 S. Biscayne Blvd., Penthouse 3800
Miami, FL 33131

Phone ( 786 ) 431-2228    Fax ( 786 ) 431-2229    Email ekennedy@lebfirm.com

**E**

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name _____
Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of  K-Beech, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼  Emilie Kennedy, Esq.          Date ▼  4/3/2012

Handwritten signature (X) ▼  [signature]

**Certificate will be mailed in window envelope to this address:**
Name ▼ Emilie Kennedy Esq., Lipscomb, Eisenberg & Baker, PL
Number/Street/Apt ▼ 2 S. Biscayne Blvd., Penthouse 3800
City/State/ZIP ▼ Miami, FL 33131

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2006  Print: 07/2006—··,000  Printed on recycled paper     U.S. Government Printing Office: 2006-···-···/··,···

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-757-963**

Effective date of registration:
October 24, 2011

## Title
**Title of Work:** Gang Bang Virgins

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** August 6, 2010          **Nation of 1st Publication:** United States

## Author
- **Author:** K-Beech, Inc., dba Baby Doll Pictures
  **Author Created:** editing/editor, production/producer
  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** K-Beech, Inc., dba Baby Doll Pictures
9601 Mason Ave., Unit B, Chatsworth, CA, 91311, United States

## Rights and Permissions
**Organization Name:** K-Beech, Inc.
**Name:** Jeff Snyder
**Email:** jeffs@kbeech.com
**Address:** 9601 Mason Ave., Unit B
Chatsworth, CA 91311 United States

## Certification
**Name:** Jeff Snyder
**Date:** April 22, 2011

Page 1 of 1

Registration #:  PA0001757963
Service Request #:  1-599790249



K-Beech, Inc.
Jeff Snyder
9601 Mason Ave.
Unit B
Chatsworth, CA 91311  United States