UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K-BEECH, INC.,

    Plaintiff,

v.                                                                     Case No. 11-15226

JOHN DOES 1-18,                                HON. AVERN COHN

    Defendants.
_____/

## ORDER
### DENYING JOHN DOE #11 AND JOHN DOE #1'S MOTIONS TO QUASH (Docs. 5, 8)
### AND
### DENYING WITHOUT PREJUDICE JOHN DOE #1'S MOTION TO SEVER (Doc. 8)

This is one of several cases pending in this district, and around the country, filed by copyright owners alleging that John Does downloaded pornographic films without authorization using a peer-to-peer file sharing network known as BitTorrent. Before the Court are two motions, filed by separate John Does as follows:

John Doe # 11's Motion to Quash Subpoena (Doc. 5)

John Doe # 1's Motion to Sever for Improper Joinder and to Quash Subpoena (Doc. 8).

For the reasons stated on the record at the hearing on April 13, 2012, John Doe #11 and John Doe #1's motions to quash are DENIED and John Doe #1's motion to sever is DENIED WITHOUT PREJUDICE.

    SO ORDERED.

                                                                        _____

Dated: April 17, 2012               S/Avern Cohn_____
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

11-15226
K-BEECH, INC. v. JOHN DOES 1-18
Order Denying Motions to Quash

Certificate of Service

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and John Doe 11 on this date, April 17, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160